UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:25-cr-135-SPC-NPM

ESTEBAN GARCIA-GUTIERREZ
_____/

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Moton for Preliminary Order of Forfeiture. (Doc. 36). Now that the Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the Springfield, model XD, .45 ACP caliber pistol, (S/N: XD740589) and ammunition, seized on or about April 17, 2025. *See* 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is hereby:

**ORDERED**:

The Unites States' Motion for Preliminary Order of Forfeiture (Doc. 36) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at Sentencing.

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE and ORDERED** in Fort Myers, Florida on October 15, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record